IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KESHEANNA JACKSON                                                    PLAINTIFF

v.                                       No. 2:15-cv-151-DPM

NORAC, INC., d/b/a
Norac Additives                                                      DEFENDANT

JUDGMENT

The Complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 November 2015